THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Efrain Thomas, Appellant.
 
 
 

Appeal From Lee County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2009-UP-059
 Submitted January 2, 2009  Filed January
22, 2009    

AFFIRMED

 
 
 
 Chief Appellant Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for
 Respondent.  
 
 
 

PER CURIAM:  Efrain Thomas appeals his conviction for
 murder and possession of a firearm during a violent crime and his sentence of
 thirty years imprisonment, arguing the circuit court erred in permitting the
 State to impeach him at trial using a prior conviction for unlawful possession
 of a weapon, arguing the prejudice he suffered because of this testimony was
 unfair and outweighed any probative value.  We
 affirm pursuant to Rule 220(b), SCACR, and the following authorities:  Ohler
 v. U.S., 529 U.S. 753, 755 (2000) (Generally, a party introducing evidence
 cannot complain on appeal that the evidence was erroneously admitted.); State
 v. Wannamaker, 346 S.C. 495, 499, 552 S.E.2d 284, 286 (2001) (holding a
 party must object contemporaneously to the admission of evidence to preserve
 that issue for appellate review); State v. Mitchell, 330 S.C. 189, 199,
 498 S.E.2d 642, 647 (1998) (placing on appellant the burden of presenting a
 sufficient record to allow review); State v. Mueller, 319 S.C. 266, 268,
 460 S.E.2d 409, 410 (Ct. App. 1995) (requiring a ruling on a motion in limine to exclude evidence to be elicited from a witness must be obtained immediately
 prior to the witnesss testimony in order to preserve the ruling for appellate
review without a contemporaneous objection).   
AFFIRMED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.